Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808
Email: tsmith8206@cableone.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In the Matter of: | ) | Case No. 19-40901-JMM |
|---|---|---|
|  | ) |  |
| JAMES ROBERT JENSEN, and | ) | Chapter 7 |
| KIARRA KIMBELL JENSEN, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## OBJECTION TO CLAIMED EXEMPTIONS

COMES NOW R. Sam Hopkins, Trustee, by and through his attorneys, pursuant to Rule 4003(b)(1), Federal Rules of Bankruptcy Procedure, and objects to the Debtors' claimed exemptions in their amended Schedule C (Document No. 30) filed on March 16, 2020, based on the following grounds:

    1.    The Debtors claim the following exemptions from an expected inheritance from Angela Kay Faulkner, who is Debtor Kiarra Kimbell Jensen's mother:

        a.    2001 Chevrolet Silverado,  Idaho Code § 11-605(3);

        b.    Sectional sofa, two round tables, tv stand, knickknacks (unknown), and Emerson TV, Idaho Code § 11-605(1)(a);

        c.    Dishes, Idaho Code § 11-605(1)(a);

**OBJECTION TO CLAIMED EXEMPTIONS - 1**

  d. Full bed, wooden headboard, two wood end tables, 2 dressers, mirror, Toshiba TV, hope chest, Samsung tablet, clothing, and trinkets, Idaho Code § 11-605(1)(a);

  e. Table with two chairs and two benches, Idaho Code § 11-605(1)(a),

  f. BBQ Pit, patio furniture, cook stove, and lantern, Idaho Code § 11-605(1)(a);

  g. Half interest in items purchased with roommate, freezer, fryer, lawn mower, Idaho Code § 11-605(1)(a);

  h. One diamond ring purchased from Walmart, Idaho Code § 11-605(2); and

  i. Cut men's wedding bands, diamond dinner ring, sapphire and diamond ring, other costume jewelry and boxes, Idaho Code § 11-605(2).

2. Upon information and belief, the property listed above that the Debtors claim as exempt is property owned by the Estate of Angela Kay Faulkner which is being administered in Bannock County Case No. CV03-19-04611. Debtor Kiarra Kimbell Jensen is the sole heir of her mother's estate.

3. Pursuant to Idaho Code § 15-3-906(a)(4), the residue of the probate estate may be distributed to Debtor Kiarra Kimbell Jensen in kind or as a cash payment if the estate property is liquidated. Upon information and belief, the distribution method of the residue has not been determined.

**OBJECTION TO CLAIMED EXEMPTIONS - 2**

      4.      The Trustee objects to the Debtors' claimed exemption in her anticipated distribution from the estate until the method of distribution is determined. If the Debtor receives the property listed above in kind, then the Debtor may be entitled to claim an exemption in the property. On the other hand, if the Debtor receives a cash distribution from the probate estate, then the Debtor would have to claim a valid exemption in the cash before it would be exempt.

DATED April 14, 2020.

                          SPINNER, WOOD & SMITH

                          By:  /s/ _____
                                Thomas D. Smith

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY on April 14, 2020, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| ustp.region18.bs.ecf@usdoj.gov | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Ryan E. Farnsworth | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| ryan@averylaw.net | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| James Robert Jensen | [x] U.S. Mail, postage prepaid |
| 1191 East 1400 North | [ ] Hand Delivery |
| Shelley, Idaho 83274 | [ ] ECF Notice |
| | [ ] Facsimile |
| | |
| Kiarra Kimbell Jensen | [x] U.S. Mail, postage prepaid |
| 608 West Fir Street No. 101 | [ ] Hand Delivery |
| Shelley, Idaho 83274 | [ ] ECF Notice |
| | [ ] Facsimile |

      By: /s/_____
           Thomas D. Smith